# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald J. Vitola<br>&<br>Joanne R. Vitola<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-18347 amc |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Deutsche Bank National trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 and index same on the master mailing list.

                                          Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734