# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald J. Vitola<br>Joanne R. Vitola<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3<br>　　　　　　　　Movant<br>vs. | NO. 17-18347 amc<br><br>11 U.S.C. Section 362 |
| Ronald J. Vitola<br>Joanne R. Vitola<br>　　　　　　　　Debtor(s) | |
| Gary F. Seitz<br>　　　　　　　　Trustee | |

## ORDER

AND NOW, this 16th day of January, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 122 Trotters Lea Lane, Chadds Ford, PA 19317 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Ronald J. Vitola
122 Trotters Lea Lane
Chadds Ford, PA 19317

Joanne R. Vitola
122 Trotters Lea Lane
Chadds Ford, PA 19317

Robert J. Lohr, ll,, Esq.
Lohr and Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West

Philadelphia, PA 19106
KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532