Certificate Number: 16339-PAE-DE-030620843

Bankruptcy Case Number: 17-18347



16339-PAE-DE-030620843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2018, at 4:07 o'clock PM EST, Ronald Vitola completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 25, 2018            By:    /s/Kelley Tipton

Name:    Kelley Tipton

Title:    Certified Financial Counselor